**Cheryl M. THORNTON**

v.

## DEPARTMENT OF EMPLOYMENT SECURITY.

### No. 82–36–M.P.

Supreme Court of Rhode Island.

June 17, 1982.

Cheryl M. Thornton, Pro se.

Charles H. McLaughlin, Providence, for petitioner.

## ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.

**Rebecca J. COEN**

v.

**Thomas P. COEN.**

### No. 82–262–M.P.

Supreme Court of Rhode Island.

June 25, 1982.

John D. Lynch, Warwick, for petitioner.

Paul M. Giacobbe, Warwick, for respondent.

## ORDER

The petition for writ of certiorari and petitioner's motion for stay are both denied.

MURRAY and SHEA, JJ., did not participate.

**Lori Beth DURFEE et al.**

v.

## COLONIAL PENN INSURANCE COMPANY.

### No. 82–72–M.P.

Supreme Court of Rhode Island.

June 25, 1982.

Tillinghast, Collins & Graham, Steven E. Snow and Vivian Tseng, Providence, for petitioner.

John J. Finan, Jr., Pawtucket, for respondent.

## ORDER

This case is before the court on defendant's motion to affirm the Superior Court judgment pursuant to Rule 16(g). Upon review of the record, we discovered that the appeal herein was taken from a Superior Court judge's order vacating a default judgment. Such an order is interlocutory and therefore not appealable. *Giarrusso v. Corrigan*, 108 R.I. 471, 276 A.2d 750 (1971).

Accordingly, treating defendant's motion for affirmance as a motion to dismiss the appeal as premature, the said motion to dismiss is hereby granted.

MURRAY and SHEA, JJ., did not participate.